Case No.  **CV 17-1106-MWF(SSx)**                    Dated: **May 11, 2017**

Title:      Sean Gorecki -*v*- International Dairy Queen, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                          None Present
Relief Courtroom Deputy              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed May 10, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 12, 2017, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**